**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7948**

EUGENE ATKINS, II,

    Petitioner – Appellant,

  v.

TERRY O'BRIEN, Warden,

    Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins.  John Preston Bailey, District Judge.  (2:14-cv-00036-JPB-JES)

Submitted:  April 27, 2016       Decided:  May 2, 2016

Before KING and WYNN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Eugene Atkins, II, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene Atkins, II, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant Atkins' motion to proceed in forma pauperis, we affirm for the reasons stated by the district court. Atkins v. O'Brien, No. 2:14-cv-00036-JPB-JES (N.D. W. Va. Nov. 30, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED